IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Thomas E. and Joan Roberts,<br><br>         Plaintiff(s),<br><br>vs.<br><br>Mortgage Electronic Registration Systems, Inc., Litton Loan Servicing, Fremont Investment and Loan and Novatsar Home Mortgage, Inc.,<br><br>         Defendant(s). | CASE NO.: 1:08-CV-10183 |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

The parties to the within matter hereby stipulate that Defendants, Fremont Investment & Loan, Mortgage Electronic Registration Systems, Inc., and Litton Loan Servicing may have up to and including April 18, 2008, to answer or otherwise respond to the allegations of the Complaint.

| | |
|---|---|
| FREMONT INVESTMENT & LOAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and LITTON LOAN SERVICING | THOMAS & JOAN ROBERTS |
| By their attorneys, | By their attorneys, |
| SHECHTMAN HALPERIN SAVAGE, LLP | GREGORY P. SHEEHAN, ESQ. |
| /s/ Dean J. Wagner<br>Dean J. Wagner, Esq., #633181<br>1080 Main Street<br>Pawtucket, RI 02860<br>(401) 272-1400 Telephone<br>(401) 272-1403 Facsimile | /s/ Gregory P. Sheehan<br>Gregory P. Sheehan, Esq., #668633<br>15 Oakview Terrace<br>Hyannis, MA 02601<br>(978)406-7088 Telephone |

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the foregoing Stipulation was furnished via electronic mail and/or first class mail, postage prepaid, this 19th day of March, 2008 to the following:

Gregory P. Sheehan, Esq.
15 Oakview Terrace
Hyannis, MA 02601

Novastar Home Mortgage, Inc.
8140 Ward Parkway
Kansas City, MO 64114

/s/ Dean J. Wagner