UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS E. and JOAN ROBERTS,<br><br>    Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>FREMONT INVESTMENTS AND<br>LOANS, and NOVASTAR HOME<br>MORTGAGE, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:08-cv-10183<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**

    1.    Pursuant to Local Rule of Civil Procedure 7.3(a), Defendant NovaStar Home Mortgage, Inc. ("NovaStar"), a non-governmental Delaware corporation with its principal place of business in Missouri, identifies the following parent corporations and any publicly held corporations that own 10% or more of its stock:

    2.    NovaStar is a wholly-owned subsidiary of NovaStar Holding Corporation, a Delaware corporation; and

    3.    NovaStar Holding Corporation is a wholly-owned subsidiary of NovaStar Financial, Inc, a publicly traded Maryland corporation.

Respectfully submitted,

**NOVASTAR HOME MORTGAGE, INC.,**
By its attorneys,

 **/s/ Claire Newton**
David B. Wilson, BBO #548359
Claire Newton, BBO #669598
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108
(617) 557-5900

DATED: April 23, 2008

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

  /s/ Claire Newton_____
Claire Newton