UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
THOMAS E. ROBERTS,              )
and JOAN ROBERTS,               )
     Plaintiffs,                )   CIVIL ACTION NO.
                                )   08-10183-DPW
     v.                         )
                                )
MORTGAGE ELECTRONIC             )
REGISTRATION SYSTEMS, INC.,     )
LITTON LOAN SERVICING, FREMONT  )
INVESTMENTS and LOANS, and      )
NOVASTAR HOME MORTGAGE, INC.,   )
     Defendants.                )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Electronic Order dated June 18, 2008, granting the Plaintiff's Motion to Withdraw Verified Complaint, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

/s/ Jarrett Lovett
Deputy Clerk

DATED: June 18, 2008